COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Alissa Catherine Allen, Maryavery Rovelli, Cathy Allen, and All
                          Occupants v. Houston House Hi Rise

Appellate case number:    01-21-00380-CV

Trial court case number:  1169929

Trial court:              County Civil Court at Law No. 1 of Harris County

Appellant, Alissa Catherine Allen, has filed a notice of appeal of the trial court's final order signed on June 30, 2021. The clerk's record filed in this Court includes her "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." *See* TEX. R. CIV. P. 145(a), (b); *see also* TEX. R. CIV. P. 502.3. And, the record filed in this Court does not reflect that any motion to require appellant to pay costs or any contest to appellant's declaration was filed. *See* TEX. R. CIV. P. 145(f). **Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant Alissa Catherine Allen is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(a), (b).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: August 12, 2021